**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DWIGHT E. LACY, | ) | No. EDCV 13-1898-R(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| DAVID BRINKMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action without prejudice.

DATED:   JUNE 9, 2014

_____
MANUEL L. REAL
United States District Judge