**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWIGHT E. LACY, | No. EDCV 13-1898-R(CW) |
|       Plaintiff, | JUDGMENT |
|   v. | |
| DAVID BRINKMAN, et al., | |
|       Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:   JUNE 9, 2014

```
                                    _____
                                          MANUEL L. REAL
                                    United States District Judge
```